IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

BORN AVIATION PRODUCTS, INC.,

Plaintiff,

v.   Case No. No. 1:12-cv-08915

BONNIER CORPORATION,

Defendant

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and in light of the parties' settlement agreement, Plaintiff, Born Aviation Products, Inc. ("Plaintiff"), by its undersigned counsel, hereby voluntarily dismisses all claims in the Complaint brought against Defendant, Bonnier Corporation ("Defendant"), in the above-entitled action, with prejudice. Defendant has not yet filed an Answer to the Complaint or a motion for summary judgment as to the claims. Accordingly, there are no claims remaining in this case and Plaintiff may dismiss this action without order of the Court.

Respectfully submitted:

Date: ~~February 21~~ 4 March, 2013

By: Ryan, Kromholz & Manion, S.C.

Joseph A. Kromholz (State Bar No. 1002464)
RYAN KROMHOLZ & MANION, S.C.
P. O. Box 26618
Milwaukee, Wisconsin 53226-0618
Tel: (262) 783-1300
jkromholz@rkmiplaw.com

Date: February 21, 2013        LOCAL COUNSEL

By: _____
Andrew Staes
Stephen Scallan
Staes & Scallan, P.C.
111 W. Washington
Suite 1310
Chicago, IL 60602
Tel: (312) 201-8969
Andrewstaes@covad.net
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I, Andrew Staes, hereby certify that I have caused the foregoing Notice of Dismissal to be served upon:

Andrea M. Augustine
ALBERT D HAND, LLP
875 N. Michigan Avenue
31st Floor
Chicago, Illinois 60611
Andrea.Augustine@AlbertDhand.com
*via ECF filing notification on March 4, 2013.*

G. Peter Albert
11622 El Camino Real
Suite #100
San Diego, CA 92130
Peter.Albert@AlbertDhand.com
*via ECF filing notification on March 4, 2013.*

                                /s/ Andrew Staes
                                ANDREW STAES